SCHALL, LINN, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

Rodney C. MATTHEWS, Petitioner,

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 06–3035.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

RADER, and DYK, Circuit Judges, WHYTE, District Judge.*

* Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation.

---

**REGATTA BAY LIMITED, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5061.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

Rehearing and Rehearing En Banc Denied Feb. 14, 2007.

RADER, and DYK, Circuit Judges, WHYTE, District Judge.*

* Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation.